PC SCAN

FILED
3/24/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MEN

In the United States District Court
Northern District of Illinois

Tony Jackson #M07462
  V.                    Case no. 19-CV-50269
Kitchen Supervisors, et al...

motion for subpena

Now comes the plaintiff Tony Jackson and he ask that the court please grant this motion, I'm being harass by the nursing director ms. Spencer. Nursing director ms. Spencer had officer Pritchard and officer Wessels take away two of my permits that my medical provider Dr. Grubb gave to me which was my accommodations for my ADA disability Crohn's/ulcerative Colitis, Inflammatory Bowel Disease.

Medical provider gave me a lay-in permit and a restroom permit on 1/17/25 and a few hours later ms. Spencer had both officers take them from me, and c/o Wessels went into my cell and took both of my copies of the permits and gave me a shakedown slip and wrote a incident report, but I can barely read the shake down slip.

Can I please have a subpena to get a copie of the original shakedown slip and the incident report he wrote on 1/17/25.


JONATHAN S POTTINGER
OFFICIAL SEAL
Notary Public - State of Illinois
Commission No. 980701
My Commission Expires November 02, 2027

subscribed and sworn to before me
this 18th day of March, 2025

notary public

Tony Jackson
Tony Jackson #M07462
Dixon Corr. Ctr.
2600 N. Brinton Ave
Dixon, IL 61021